UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SOPHIE TOYA,

        Defendant.

Case No. 2:20-cr-20452

Hon. Denise Page Hood

**DEFENDANT'S REQUEST FOR PRODUCTION OF ALL OTHER CRIMES, WRONGS, AND BAD ACTS EVIDENCE THAT THE GOVERNMENT INTENDS TO INTRODUCE AT TRIAL PURSUANT TO FED. R. EVID. 404(b)**

Defendant SOPHIE TOYA, by and through her attorneys, requests that the Government give her counsel notice of any and all evidence of other crimes, wrongs, and/or bad acts which the Government may offer during the trial of the instant matter. In support of her request, Dr. Toya further states as follows:

1. Defendant Sophie Toya is charged with Health Care Fraud and False Statements Relating to Health Care Matters.

2. Having reviewed the Indictment and the discovery materials which have been provided, counsel believes that the Government may intend to offer evidence at trial which the Government considers to be other crimes, wrongs, or bad acts evidence under Fed. R. Evid. 404(b).

3. Defendant Toya requests that she be given notice of any and all evidence of any kind which the Government intends to or may offer as other crimes, wrongs, or bad acts.

4. Defendant Toya further requests that the Government provide such evidence sufficiently in advance of the motion in limine deadline that Dr. Toya has an opportunity to seek a ruling on the admissibility of such evidence.

5. Fed. R. Evid. 404(b)(2) mandates that upon request the Government must disclose such evidence. No motion is required.

38390451.1/159768.00001

6. The pretrial disclosure of such evidence will reduce the potential prejudice which Dr. Toya would suffer as a result of surprise during the course of this trial.

7. The pretrial disclosure of such evidence will assist the Court in determining whether such evidence is properly admissible.

WHEREFORE, Defendant Sophie Toya respectfully requests that the Government disclose prior to trial any and all evidence of any kind which it may or intends to offer under Fed. R. Evid. 404(b).

                Respectfully submitted,

                MILLER, CANFIELD, PADDOCK and STONE, P.L.C.

                By:   s/Gerald J. Gleeson, II
                      Thomas W. Cranmer (P25252)
                      Gerald J. Gleeson, II (P53568)
                      840 West Long Lake Road, Suite 150
                      Troy, Michigan 48098
                      Telephone: (248) 267-3296
                      cranmer@millercanfield.com
                      gleeson@millercanfield.com
                      *Attorney for Defendant Sophie Toya*

Dated: December 15, 2021

# CERTIFICATE OF SERVICE

I certify that on December 15, 2021, I caused a copy of *Defendant's Request for Production of All Other Crimes, Wrongs, and Bad Acts Evidence That the Government Intends to Introduce at Trial Pursuant to Fed. R. Evid. 404(b)* to be filed using the ECF system, which will send notification of such filing to all counsel of record.

    Respectfully submitted,

    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By:   s/Gerald J. Gleeson, II
      Gerald J. Gleeson, II (P53568)
      840 West Long Lake Road, Suite 150
      Troy, MI 48098
      Telephone: (248) 267-3296
      gleeson@millercanfield.com