UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SOPHIE TOYA,

    Defendant.

Case No: 20-cr-20452

Hon. Denise Page Hood

## VERDICT FORM

### COUNT 1

(18 U.S.C. §§ 1347 and 2 – Health Care Fraud)

As to Count 1 of the Indictment, which charges Health Care Fraud, we unanimously find SOPHIE TOYA:

\_\_\_Not Guilty     ✓ Guilty

### COUNT 2

(18 U.S.C. §§ 1035(a) and 2 – False Statements Relating to Health Care Matters)

As to Count 2 of the Indictment, we unanimously find SOPHIE TOYA:

\_\_\_Not Guilty     ✓ Guilty

## COUNT 3

(18 U.S.C. §§ 1035(a) and 2 – False Statements Relating to Health Care Matters)

As to Count 3 of the Indictment, we unanimously find SOPHIE TOYA:

___Not Guilty    ✓ Guilty

## COUNT 4

(18 U.S.C. §§ 1035(a) and 2 – False Statements Relating to Health Care Matters)

As to Count 4 of the Indictment, we unanimously find SOPHIE TOYA:

___Not Guilty    ✓ Guilty

## COUNT 5

(18 U.S.C. §§ 1035(a) and 2 – False Statements Relating to Health Care Matters)

As to Count 5 of the Indictment, we unanimously find SOPHIE TOYA:

___Not Guilty    ✓ Guilty

## COUNT 6

(18 U.S.C. §§ 1035(a) and 2 – False Statements Relating to Health Care Matters)

As to Count 6 of the Indictment, we unanimously find SOPHIE TOYA:

___Not Guilty      ✓ Guilty

s/Jury Foreperson

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal

Dated: May 10th 2024