UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.                                               Case No. 20-CR-20452
                                                  Honorable Denise Page Hood

SOPHIE TOYA,

        Defendant.
_____/

**ORDER DENYING DEFENDANT SOPHIE TOYA'S
MOTION TO EXTEND SURRENDER DATE (ECF No. 100)**

      This matter comes before the Court on Defendant Sophie Toya's Motion to Extend Surrender Date filed on November 26, 2025, 8:54 p.m.[1] (ECF No. 100) The Government opposes the motion.

      Toya asserts she is set to report to a designated institution on December 2, 2025. She seeks a 60-day extension on her surrender date. Toya claims that the extension of the surrender date will allow adequate time for the Sixth Circuit Court of Appeals to rule on the pending Motion for Bond Pending Appeal she filed before the Sixth Circuit.

      The Grand Jury indicted Toya on September 23, 2020 with: Count 1, Health Care Fraud, 18 U.S.C. §§ 1347 and 2; Counts 2-6, False Statements Relating to

---

[1] The motion was filed well after business hours on the Wednesday before the Thanksgiving Holiday weekend, with the next business day as Monday, December 1, 2025.

Health Care Matters, 18 U.S.C. §§ 1035(a) and 2); and Forfeiture Allegations, 18 U.S.C. § 982(a)(7).  (ECF No. 1)  Toya was a medical doctor licensed to practice in Michigan, Illinois and Indiana.  She was a Medicare provider.  Later, she worked as an independent contractor for telemedicine companies, including the AffordADoc Network and Integrated Support Plus, Inc.  (ECF No. 1, PageID.5-.6)  On May 10, 2024, the jury rendered its verdict finding Toya guilty on all the charged counts.  (ECF No. 66)  Toya was sentenced on June 5, 2025, to 48 months of imprisonment on each count to be served concurrently.  (ECF No. 97, PageID.2039)  On September 24, 2025, the Court denied Toya's Motions for Bond Pending Appeal.  (ECF No. 96)  The Judgment was entered on September 25, 2025, and Toya filed Notice of Appeal on October 7, 2025.  (ECF Nos. 97, 98)  On November 21, 2025, Toya filed an Emergency Motion for Release Pending Appeal before the Sixth Circuit Court of Appeals requesting expedited consideration of the motion, given her impending December 1, 2025 surrender date.  (Case No. 25-1907, Doc. 9, Page 1)  The Sixth Circuit allowed the Government to file a response by December 5, 2025, with a reply date by December 9, 2025.  (*Id*., Doc. 15)

    The Court denies Toya's request to extend her report date, which she indicates in this motion as December 2, 2025, although in her motion before the Sixth Circuit, she noted as December 1, 2025.  The issue of Toya being on bond pending appeal is

fully before the Sixth Circuit. The Sixth Circuit is well aware of her pending imminent report date, yet allowed the Government to file a response after such date.

As to Toya's argument that she is the primary caregiver for her two minor children and that she requires additional time to arrange childcare before surrendering to custody, the Court notes the jury rendered its guilty verdict on May 10, 2024 and Toya was sentenced more than a year later on June 5, 2025. The Court issued its order denying Toya's Motions for Bond Pending Appeal on September 24, 2025. Toya has had time to arrange for appropriate childcare in anticipation of any term of imprisonment because of the jury's verdict in May 2024. Although separation from her children will be very difficult, courts have noted that such separation while incarcerated is not an unusual or exceptional situation for a parent who has been convicted of a federal felony. *See, United States v. Collins*, 734 F. Supp. 3d 755, 760 (E.D. Mich. 2024). Toya's Motion to Extend Surrender Date based on her childcare argument is denied.

Accordingly,

IT IS ORDERED that Defendant Sophie Toya's Motion to Extend Surrender Date (ECF No. 100) is **DENIED**.

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: December 1, 2025